KEITH CHRESTIONSON, SBN: 130936
   kchrestionson@foxrothschild.com
TYREEN G. TORNER, SBN: 249980
   ttorner@foxrothschild.com
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.364.5540
Facsimile: 415.391.4436

Attorneys for Defendants
MAQUET, INC. and KEVIN GILROY

FILED
2013 JAN 22 A 8: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MOUER,<br><br>    Plaintiff,<br><br>vs.<br><br>MAQUET, INC., a corporation; KEVIN GILROY, an individual; and DOES 1-40, inclusive,<br><br>    Defendants. | Case No.: C 13 0298 MEJ<br><br>**DEFENDANT KEVIN GILROY'S NOTICE OF JOINDER AND JOINDER IN REMOVAL OF CIVIL ACTION FROM STATE COURT TO UNITED STATED DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (DIVERSITY)**<br><br>Complaint Filed: November 2, 2012 |

    Defendant Kevin Gilroy, by and through his counsel of record, the law form of Fox Rothschild LLP, hereby joins with and endorse Defendant Maquet, Inc.'s Notice of Removal to this Court of the state court action.

DATED: January 23, 2013             FOX ROTHSCHILD LLP

                                        By: _____
                                                Tyreen Torner

                                        Attorneys for Defendants
                                        MAQUET, INC. and KEVIN GILROY

DEFENDANT KEVIN GILROY'S NOTICE OF JOINDER AND JOINDER IN REMOVAL
SF1 130421v1 01/21/13           Case No.