KEITH CHRESTIONSON, SBN: 130936
   kchrestionson@foxrothschild.com
TYREEN G. TORNER, SBN: 249980
   ttorner@foxrothschild.com
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:   415.364.5540
Facsimile:   415.391.4436

Attorneys for Defendants
MAQUET, INC. and KEVIN GILROY

FILED
2013 JAN 22 A 8: 26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MOUER,<br><br>Plaintiff,<br><br>vs.<br><br>MAQUET, INC., a corporation; KEVIN GILROY, an individual; and DOES 1-40, inclusive,<br><br>Defendants. | Case No.: C 13 0298<br><br>**DECLARATION OF MARK SCOTT IN SUPPORT OF DEFENDANT MAQUET, INC.'S NOTICE OF REMOVAL**<br><br>Complaint Files:   November 2, 2011 |

MEJ

I, Mark Scott, declare as follows:

1. I make this declaration in support of the Notice of Removal filed by Defendant Maquet, Inc. ("Maquet"). I am employed by Maquet as Human Resources Manager. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to them. In making this declaration, I have reviewed the relevant documents including the personnel files of Plaintiff Christopher Mouer ("Plaintiff").

2. Maquet employed Plaintiff from November 12, 2007 through September 19, 2011. His personnel file indicates that, at all times during Plaintiff's employment, he worked at locations in Southern California. His personnel file further indicates that he resided in California throughout his employment with Maquet. His last known address is listed as being in Palm Springs, California. Nothing in Maquet's records indicates that Plaintiff ever resided in Delaware or New Jersey.

3. At the time of his termination, Plaintiff was earning $61,799.94 in base salary, and was also eligible for sales commissions and bonuses. In 2010, the last full year Plaintiff worked, Plaintiff earned $59,999.94 in salary, and $135,648.93 in commissions and bonuses. In 2011, Plaintiff was off work for several weeks on a leave of absence. His employment was terminated on or about September 19, 2011. From January 1, 2010 through September 19, 2011, Plaintiff earned $121,080.31 in base salary and $160,435.10 in commissions and bonuses.

4. Since prior to November 2011 (when Plaintiff filed his complaint) through the present, Maquet has been and currently is a Delaware corporation with its principal place of business in Wayne, New Jersey, located at 45 Barbour Pond Drive, Wayne, New Jersey 07470. Maquet's officers report to work in the Company's headquarters in Wayne, New Jersey. From Wayne, Maquet's officers direct, control, and coordinate the activities of Maquet. The corporate officers resident in the Wayne office include President and CEO U.S. Sales and Service, and V.P of Finance U.S. Sales and Service.

///
///
///
///

1

Declaration of Mark Scott in Support of Defendant's
Notice of Removal
SF1 129976v2 01/17/13

Case No. _____

1   I hereby declare under penalty of perjury under the laws of the United States that the
2   foregoing is true and correct.
3   Executed on January 17, 2013, in Wayne, New Jersey.

_____
Mark D. Scott