KEITH CHRESTIONSON, SBN: 130936
  kchrestionson@foxrothschild.com
TYREEN G. TORNER, SBN: 249980
  ttorner@foxrothschild.com
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:  415.364.5540
Facsimile:  415.391.4436

Attorneys for Defendants
MAQUET, INC. and KEVIN GILROY

FILED
2013 JAN 22 A 8:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MOUER,<br><br>Plaintiff,<br><br>vs.<br><br>MAQUET, INC., a corporation; KEVIN GILROY, an individual; and DOES 1-40, inclusive,<br><br>Defendants. | Case No.: C 13 0298 MEJ<br><br>**DEFENDANT MAQUET, INC.'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**<br><br>Complaint Filed: November 2, 2012 |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Getinge AB.

DATED: January 23, 2013

FOX ROTHSCHILD LLP

By: _____
Tyreen Torner

Attorneys for Defendants
MAQUET, INC. and KEVIN GILROY