1  MAYALL HURLEY
   A Professional Corporation
2  2453 Grand Canal Boulevard
   Stockton, California 95207-8253
3  Telephone (209) 477-3833
   MARK S. ADAMS
4  CA State Bar No. 78706
   ALEXANDER G. HENRY
5  CA State Bar No. 238264

6  Attorneys for Plaintiff, CHRISTOPHER MOUER

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 **CHRISTOPHER MOUER,**                Case No.: C 13-00298 MEJ

12        **Plaintiff,**                 **STIPULATION AND [PROPOSED] ORDER
                                         REMANDING CASE TO SAN FRANCISCO
13 v.                                    COUNTY SUPERIOR COURT**

14 **MAQUET, INC.; a corporation; KEVIN
   GILROY, an individual; and DOES
15 1-40, inclusive;**

16        **Defendants.**

17

18 WHEREAS:

19    1. On November 2, 2012, Plaintiff, Christopher Mouer, filed his complaint for damages

20       entitled *Christopher Mouer v. Maquet Inc., a corporation; Kevin Gilroy, an individual;*

21       *and Does 1-40*, case number CGC-12-525714 in San Francisco County Superior Court

22       (the "Complaint").

23    2. On January 22, 2013, defendant Maquet, Inc. filed its Notice of Removal in the Northern

24       District of California.

25    3. Prior to Plaintiff filing a Motion to Remand, the parties met and conferred on the issues

26       to be raised by Plaintiff's motion.  After meeting and conferring in good-faith, the parties

27       have agreed that the above-entitled matter, case number C 13-00298 MEJ, should

28

1  properly be remanded back to San Francisco Superior Court.

2  4. Based upon the legal authorities cited by Plaintiff and the anticipated amendments to the

3  Complaint, the parties agree that Kevin Gilroy can be properly joined as a defendant.

4  Because both Plaintiff and defendant Gilroy are residents of California, the court lacks

5  subject matter jurisdiction and remand to San Francisco County Superior Court is proper.

6  5. Each party is to bear its own costs and fees.

7  Date: 3|11|13

FOX ROTHSCHILD, LLP

Keith Chrestionson
Tyreen Torner
Attorneys for Defendants
MAQUET, INC. and
KEVIN GILROY

14  Date: 3/11/13

MAYALL HURLEY, P.C.

Mark S. Adams
Alexander G. Henry
Attorneys for Plaintiff,
CHRISTOPHER MOUER

**ORDER**

The undersigned judge, having reviewed the foregoing Stipulation of the Parties and good cause appearing therefore, hereby ORDERS that the above-entitled matter, *Christopher Mouer v. Maquet, Inc. et al.*, Case No. C 13-00298 MEJ be remanded back to San Francisco County Superior Court.

IT IS SO ORDERED.

Date: March 12, 2013

UNITED STATES DISTRICT JUDGE

Judge Maria-Elena James

Joint Stipulation [Proposed] Order Remanding Case to State Court – Case No.: C 13-00298 MEJ
Page 2

ACTIVE 20145676v1 03/11/2013 9:05 AM