MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK S. ADAMS
CA State Bar No. 78706
ALEXANDER G. HENRY
CA State Bar No. 238264

Attorneys for Plaintiff, CHRISTOPHER MOUER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MOUER,<br><br>Plaintiff,<br><br>v.<br><br>MAQUET, INC.; a corporation; KEVIN GILROY, an individual; and DOES 1-40, inclusive;<br><br>Defendants. | Case No.: C 13-00298 MEJ<br><br>STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO SAN FRANCISCO COUNTY SUPERIOR COURT |

WHEREAS:

1. On November 2, 2012, Plaintiff, Christopher Mouer, filed his complaint for damages entitled *Christopher Mouer v. Maquet Inc., a corporation; Kevin Gilroy, an individual; and Does 1-40*, case number CGC-12-525714 in San Francisco County Superior Court (the "Complaint").

2. On January 22, 2013, defendant Maquet, Inc. filed its Notice of Removal in the Northern District of California.

3. Prior to Plaintiff filing a Motion to Remand, the parties met and conferred on the issues to be raised by Plaintiff's motion. After meeting and conferring in good-faith, the parties have agreed that the above-entitled matter, case number C 13-00298 MEJ, should

1. properly be remanded back to San Francisco Superior Court.

4. Based upon the legal authorities cited by Plaintiff and the anticipated amendments to the Complaint, the parties agree that Kevin Gilroy can be properly joined as a defendant. Because both Plaintiff and defendant Gilroy are residents of California, the court lacks subject matter jurisdiction and remand to San Francisco County Superior Court is proper.

5. Each party is to bear its own costs and fees.

Date: 3/11/13

FOX ROTHSCHILD, LLP

_____
Keith Chrestionson
Tyreen Torner
Attorneys for Defendants
MAQUET, INC. and
KEVIN GILROY

Date: 3/11/13

MAYALL HURLEY, P.C.

_____
Mark S. Adams
Alexander G. Henry
Attorneys for Plaintiff,
CHRISTOPHER MOUER

### ORDER

The undersigned judge, having reviewed the foregoing Stipulation of the Parties and good cause appearing therefore, hereby ORDERS that the above-entitled matter, *Christopher Mouer v. Maquet, Inc. et al.*, Case No. C 13-00298 MEJ be remanded back to San Francisco County Superior Court.

IT IS SO ORDERED.

Date: March 12, 2013

_____
UNITED STATES DISTRICT JUDGE
Judge Maria-Elena James